**Order entered October 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01083-CV

**NEXION HEALTH MANAGEMENT, INC. D/B/A DUNCANVILLE HEALTHCARE AND REHABILITATION CENTER, Appellant**

**V.**

**MARIA SOSA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF NICOLAS RUBEN SOSA, Appellee**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-01708**

## ORDER

We **GRANT** appellant's October 15, 2015 unopposed motion to extend time to file brief and **ORDER** the brief be filed no later than November 3, 2015. Because this is an accelerated appeal, appellant is cautioned that no further extensions may be granted absent exigent circumstances.

/s/     CRAIG STODDART
           JUSTICE